

January 30, 2018



**NOTICE OF RENEWAL OF LENDER PLACED INSURANCE EFFECTIVE AUGUST 1, 2017**

Re: Loan Number: ▮▮▮▮▮▮▮
Policy Number: #CPO280097411
Property: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , ST CROIX

Dear Sir/Madam:

Your mortgage agreement requires you to maintain continuous hazard insurance coverage on your property in an amount acceptable to the lender, naming the lender as an additional insured party. Because we did not have evidence that you had purchased or renewed hazard insurance on the property listed above, effective August 1, 2017, we have insured your property under our master policy, and we have added the related monthly premium cost to your mortgage loan escrow account.

This coverage protects only the value of the lender's interest in the property pursuant to the mortgage loan. This insurance may not cover the full value of your dwelling, and does not apply to contents or personal property.

A monthly premium of $ ▮▮▮▮ equivalent to an annual premium of $ ▮▮▮▮ has been charged to your escrow account established for your mortgage loan. Please refer to the attached addendum for details of your coverage.

Please read the important information and instructions contained in this letter:

- The cost of the hazard insurance we obtained may be higher than insurance you can obtain on your own. The higher cost is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property. When comparing premiums, please remember that the lender placed policy may not provide as much coverage as hazard insurance purchased by you.

We strongly recommend that you obtain your own insurance coverage to protect your investment and interest in the mortgaged property. The insurance policy we purchased will remain in effect until you provide us with evidence of acceptable coverage, at which time the coverage we obtained will be cancelled. You may cancel the lender purchased coverage at any time by providing us with evidence that acceptable hazard insurance coverage has been acquired by you.

If you buy(bought) hazard insurance, you should immediately provide us with your insurance policy number and the name, mailing address and phone number of your insurance company or insurance agent by mailing evidence of the policy to: PO Box 362230 San Juan PR 00936-2230, or deliver them to the nearest Scotiabank's branch.

Nothing herein shall be considered a waiver of any or our rights or remedies under the loan documents. We reserve all rights and remedies available to us. Your immediate attention to this matter is greatly appreciated.

If you need additional information about your mortgage loan and /or its insurance policy, you can contact us at 1(787)767-8585 or toll-free at 1(855)767-8585. At Scotiabank we are here to assist you.

Cordially.

Customer Service Department

™ Marca de The Bank of Nova Scotia, utilizada bajo licencia. Miembro FDIC. OCIF Lic. 22.

**EXHIBIT 1**

INSURANCE COVERAGE ADDENDUM
(Details of insurance coverage under the Lender's master policy)

Perils:

Special (windstorm, fire, vandalism, theft), Earthquake, Flood

Limits of Insurance:

90% of the Insurable Value defined as the lesser of Appraisal Value, Building Replacement Cost or current mortgage loan principal.

Deductibles:

$2,500 for risk of physical loss per occurrence except,
Earthquake which is 5% applicable separately to the insurance limit; and
Windstorm which is 2% applicable separately to the insurance limit; and
Flood $5,000 per occurrence.