

November 10, 2017

Loan number:

Dear Customer:

We hope that upon receipt of this letter you and your family are well. After the passage of Hurricanes Irma and María, at Scotiabank we want to know the physical conditions of your property, review the applicable insurance information and, if necessary, support you in the process of estimating the costs of damage and repair of your property.

If your property was affected by the impact of Hurricanes Irma or María you must notify Scotiabank in order to review the applicable insurance information. It is necessary that you send us an email to claims.insurance@scotiabank.com. The following information must be included: loan number, borrower full name and contact information (telephone number and email address), if different from borrower please include claimant's full name and contact information, also provide estimate of damages and repair costs from a contractor or inspector.

If you need assistance in estimating damages and repair costs, at Scotiabank we can help you. Simply mark under the option that says "I request assistance in making the estimate of damages" and return this document to claims.insurance@scotiabank.com. Upon receipt of your request, a bank representative will contact you to explain the process. If you do not have an email service, you can deliver the documents at your nearest branch.

At Scotiabank we are here to assist you. If you need additional information about your mortgage loan, you can contact us at (787)767-8585 or toll-free at 1(855)767-8585.

Cordially,

Customer Services Department

____ I have estimate of damages

____ I request assistance in making the estimate of damages

Please include Contact Information

Telephone        _____

Mailing Address  _____

™ Marca de The Bank of Nova Scotia, utilizada bajo licencia. Miembro FDIC. OCIF Lic. 22.

**EXHIBIT 2**