## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) ) ) ) ) ) | 2018-CV-8<br><br>CLASS ACTION |
| Plaintiffs, ) | |
| v. ) ) | |
| BANK OF NOVA SCOTIA, ) ) | |
| Defendant. ) | |

## **ORDER**

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to respond to Plaintiffs' Motion for Leave to File Sur-Reply until September 14, 2018, it is hereby

**ORDERED** that Defendant's Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that Defendant's Response to Plaintiffs' Motion for Leave to File Sur-Reply is extended to September 14, 2018.

Dated: _____, 2018        _____
                                                                        **Judge of the District Court**