IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF NOVA SCOTIA,<br>　　　　　　　　　　　　Defendant. | 2018-CV-8<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marina Leonard hereby appears as co-counsel of record for Plaintiff in the above-entitled action. Please direct all pleadings and correspondence to the undersigned.

　　　　　　　　　　　　　　　　　　**COLIANNI & COLIANNI LLC**
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: August 30, 2018　　　By:　/s/ Marina Leonard
　　　　　　　　　　　　　　　　　　Vincent Colianni, II
　　　　　　　　　　　　　　　　　　V.I. Bar No. 768
　　　　　　　　　　　　　　　　　　Vincent A. Colianni
　　　　　　　　　　　　　　　　　　V.I. bar No. 13
　　　　　　　　　　　　　　　　　　Marina Leonard
　　　　　　　　　　　　　　　　　　V.I. Bar No. R2058
　　　　　　　　　　　　　　　　　　1138 King Street
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Telephone: (340) 719-1766
　　　　　　　　　　　　　　　　　　Facsimile: (340) 719-1770
　　　　　　　　　　　　　　　　　　mailbox@colianni.com

**Notice of Appearance**
*Belardo et al. v. Bank of Nova Scotia; 18-CV-8*
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Carol Ann Rich, Esq.
Dudley Rich, LLP
5194 Dronningens Gade, Ste. 3
St. Thomas, VI 00802
crich@dudleylaw.com

        /s/Marina Leonard
        Vincent Colianni, II
        Vincent A. Colianni
        Marina Leonard
        1138 King Street
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone: (340) 719-1766
        Fax: (340) 719-1770