# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 2018-CV-8 **CLASS ACTION** |
| v. | ) ) | |
| BANK OF NOVA SCOTIA, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Korey Nelson hereby appears as co-counsel of record for Plaintiffs in the above-entitled action. Please direct all pleadings and correspondence to the undersigned.

                         Burns Charest LLP
                         Attorneys for Plaintiffs

DATED: December 3, 2018      By:   /s/ Korey Nelson
                                                    Korey A. Nelson
                                                    V.I. Bar No. 2012
                                                    BURNS CHAREST LLP
                                                    365 Canal Street, Suite 1170
                                                    New Orleans, LA 70130
                                                    Telephone: (504) 799-2845
                                                    Fax: (504) 881-1765
                                                    knelson@burnscharest.com

**Notice of Appearance**
*Belardo et al v. Scotia*; 2018-CV-8
Page 2

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send a notification of such filing (NEF) to the following:

Carol A. Rich, Esq.
Malorie Winne Diaz, Esq.
5194 Dronningens Gade, Suite 3
St. Thomas, VI 00802
crich@dudleylaw.com
mdiaz@dudleylaw.com


Vincent Colianni, II
Vincent A. Colianni
Marina Leonard
1138 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 719-1766
Fax: (340) 719-1770

                                          _/s/Korey Nelson _____