IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CONNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BANK OF NOVA SCOTIA<br><br>       Defendants. | No. 2018-CV-8<br><br>CLASS ACTION |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

**Upon consideration of the Motion for Pro Hac Vice Ad**mission of Charles J. Gower, Esq. to the Bar of the United States District Court in and for the United States Virgin Islands, it is ORDERED that the Motion is hereby GRANTED and Charles J. Gower, Esq. is hereby admitted, *pro hac vice*, to appear before this Court in all proceedings in this case.

This _____ day of _____, 2018

**FOR THE COURT:**

_____
United States District Court Judge

**ATTEST:**
**GLENDA LAKE, ESQUIRE**
Clerk of the Court

By: _____

Dated: _____