# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BANK OF NOVA SCOTIA,<br><br>    Defendant.<br>_____ | 1:18-cv-00008 |

**TO:** Vincent Colianni, II, Esq.
   Marina Leonard, Esq.
   Korey A. Nelson, Esq.
   Carol Ann Rich, Esq.

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of Harry Richard Yelton, Esq. (ECF No. 25). Plaintiffs and Attorney Yelton have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the

*Belardo v. Bank of Nova Scotia*
1:18-cv-00008
Order Granting Motion for Admission *Pro Hac Vice*
Page 2

The record shows that Harry Richard Yelton, Esq., currently is an attorney in good standing in the State of Louisiana. His Louisiana bar number is 37363. He seeks special admission to represent Plaintiffs in the above-captioned matter.

Attorney Yelton is bound by the grievance procedures established for the Virgin Islands bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *pro hac vice* application, the affidavit executed by Attorney Yelton, and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Harry Richard Yelton, Esq. (ECF No. 25) is **GRANTED**.

2. Harry Richard Yelton, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter.

3. Harry Richard Yelton, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

4. Harry Richard Yelton, Esq., shall appear in person before the Court to take the oath when he is physically present in this jurisdiction.

---

discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Belardo v. Bank of Nova Scotia*
1:18-cv-00008
Order Granting Motion for Admission *Pro Hac Vice*
Page 3

          ENTER:

Dated: December 4, 2018        /s/ George W. Cannon, Jr.
                                            GEORGE W. CANNON, JR.
                                            MAGISTRATE JUDGE