# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE, and WINSTON GREENIDGE on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BANK OF NOVA SCOTIA<br>Defendant. | 2018-CV-8<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This Matter is before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint. Having reviewed the Motion, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File a Second Amended Complaint is **GRANTED**. Further, the Clerk is directed to file Plaintiffs' proposed Second Amended Complaint into the record.

This _____ day of _____, 2018

_____
**United States District Court Judge**