# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE, and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF NOVA SCOTIA<br>          Defendant. | 2018-CV-8<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION TO SET RULE 16(b) SCHEDULING CONFERENCE

Plaintiffs respectfully move the Court issue an order setting a Rule 16(b) scheduling conference "to secure the just, speedy, and inexpensive determination" of this action.[1]

Rule 16(b) counsels that scheduling orders should issue "as soon as practicable".[2] The present is practicable, as Plaintiffs filed this putative class action on March 20, 2018. This matter will surely benefit from a scheduling conference to assist the crafting of the scheduling order. Structure will afford the parties and the Court the best opportunity to move these cases toward an orderly and prompt resolution.

As this case is a putative class action, an order recently issued by Judge Molloy of the Superior Court of the Virgin Islands, Complex Litigation Division, is attached as **Exhibit A** for persuasive value that complex matters particularly benefit from the Court's early involvement in scheduling.

For the Court's convenience, a proposed order is enclosed as **Exhibit B**.

---

[1] Fed. R. Civ. P. 1.

[2] Fed. R. Civ. P. 16(b)(2).

**DATED**: February 6, 2019  Respectfully submitted,

s/ Korey A. Nelson
Vincent A. Colianni (V.I. Bar No. 13)
Vincent Colianni, II (V.I. Bar No. 768)
Marina Leonard (V.I. Bar No. 2058)
**COLIANNI & COLIANNI**
1138 King Street
Christiansted, VI 00820
Telephone: (340) 719-1766
Facsimile: (340) 719-1770
mailbox@colianni.com

Korey A. Nelson (V.I. Bar No. 2012)
C. Jacob Gower (*pro hac vice*)
Harry Rick Yelton (*pro hac vice*)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
jgower@burnscharest.com

J. Russell B. Pate, Esq. (V.I. Bar No. 1124)
**THE PATE LAW FIRM**
P.O. Box 890
St. Thomas, USVI 00804
Telephone: (340) 777-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day February, 2019, a copy of the foregoing was served by email and CMECF on all counsel of record.

s/ Korey A. Nelson
Korey A. Nelson