# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BANK OF NOVA SCOTIA,<br><br>    Defendant.<br>_____ | 1:18-cv-00008 |

TO: Vincent Colianni, II, Esq.
   Marina Leonard, Esq.
   Korey A. Nelson, Esq.
   Warren T. Burns, Esq.
   Charles Jacob Gower, Esq.
   Harry Richard Yelton, Esq.
   Carol Ann Rich, Esq.

## **ORDER**

THIS MATTER is before the Court upon Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 29). Defendant filed an opposition to the said motion, and Plaintiffs filed a reply in support of its motion.

Having reviewed the motion and memorandum of law and the attachments thereto, the Court will deny the motion without prejudice.

*Belardo v. Bank of Nova Scotia*
1:18-cv-00008
Order
Page 2

When moving to amend pleadings, Rule 15.1 of the Local Rules of Civil Procedure requires movants to attach to the motion to amend a copy of the "entire pleading as amended specifically delineating the changes or additions . . . ." Although Plaintiff has attached a document to the motion that it calls "Proposed Second Amended Complaint -- Redline" at Attachment #2, this version is unacceptable. The changes or additions are not readily apparent on the face of the document, forcing the Court to refer back and forth between the original complaint and the proposed amended complaint. The purpose of the rule is to avoid just such a waste of judicial time and resources.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 29) is **DENIED WITHOUT PREJUDICE**.

                                              ENTER:

Dated: February 11, 2019                          /s/ George W. Cannon, Jr.
                                                          GEORGE W. CANNON, JR.
                                                          MAGISTRATE JUDGE