IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> BANK OF NOVA SCOTIA, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2018-CV-8 <br><br> **CLASS ACTION** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs respectfully bring this Motion for Leave to File their Second Amended Complaint ("SAC"). They previously moved for leave on January 4, 2019. (*See* ECF No. 29.) The Bank of Nova Scotia ("BNS") filed its opposition (ECF No. 36) on January 18, 2019, to which Plaintiffs filed a reply (ECF No. 41).

On February 11, 2019, the Court denied Plaintiffs' motion without prejudice on the basis that the red-lined version of their Proposed SAC (ECF No. 29-2) failed to comply with Local Rule 15.1. (*See* ECF No. 40). That red-lined document was overly inclusive insofar as it displayed both substantive *and* formatting changes from the First Amended Complaint, making additions and deletions difficult to view. Plaintiffs appreciate Local Rule 15.1's goal of increasing efficiency and conserving judicial resources, and it was not Plaintiffs' intention in filing its motion for leave to frustrate that purpose.

Plaintiffs have attached to this Motion a red-lined version of the Proposed SAC which they believe satisfies the Court's concerns. Plaintiffs now request that the Court grant Plaintiffs' Motion

**Motion for Leave to File Second Amended Complaint**
*Belardo et al v. Bank of Nova Scotia*; 2018-CV-8
Page 3

based on consideration of the already-completed briefing as well as the red-lined proposed SAC attached hereto.

For the reasons identified above, Plaintiffs ask that the Court grant Plaintiffs' Motion for Leave to File Second Amended Complaint in its entirety.

**DATED**: February 12, 2019                                    Respectfully Sumitted:

By:   /s/ Korey Nelson
      Korey A. Nelson
      C. Jacob Gower (*pro hac vice*)
      Rick Yelton (*pro hac vice*)
      V.I. Bar No. 2012
      BURNS CHAREST LLP
      365 Canal Street, Suite 1170
      New Orleans, LA 70130
      Telephone: (504) 799-2845
      Fax: (504) 881-1765
      knelson@burnscharest.com

      /s/ Vincent Colianni, II
      Vincent Colianni, II (V.I. Bar No. 768)
      Vincent A. Colianni (V.I. bar No. 13)
      **COLIANNI & COLIANNI**
      1138 King Street
      Christiansted, VI 00820
      Telephone: (340) 719-1766
      Facsimile: (340) 719-1770
      mailbox@colianni.com

      /s/ J. Russell B. Pate
      J. Russell B. Pate, Esq. (V.I. Bar No. 1124)
      **THE PATE LAW FIRM**
      P.O. Box 890
      St. Thomas, USVI 00804
      Telephone: (340) 777-7283
      Facsimile: (888) 889-1132
      pate@sunlawvi.com

**Motion for Leave to File Second Amended Complaint**
*Belardo et al v. Bank of Nova Scotia*; 2018-CV-8
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send a notification of such filing (NEF) to the following:

Carol A. Rich, Esq.
Malorie Winne Diaz, Esq.
5194 Dronningens Gade, Suite 3
St. Thomas, VI 00802
crich@dudleylaw.com
mdiaz@dudleylaw.com


Vincent Colianni, II
Vincent A. Colianni
Marina Leonard
1138 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 719-1766
Fax: (340) 719-1770

J. Russell B. Pate, Esq. (V.I. Bar No. 1124)
**THE PATE LAW FIRM**
P.O. Box 890
St. Thomas, USVI 00804
Telephone: (340) 777-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com


_/s/Korey Nelson _____