# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br>       Plaintiffs,<br><br>v.<br><br>BANK OF NOVA SCOTIA,<br>       Defendant. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## RENEWED OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Defendant, Bank of Nova Scotia, in response to the refiling of Plaintiffs' Motion for Leave to File to Second Amended Complaint [ECF No 42], hereby renews its opposition and incorporates by reference and reasserts the Opposition to the Motion For Leave to File Second Amended Complaint filed on January 18, 2019 [ECF No. 36] as if fully set forth herein.

DATED: February 15, 2019           Respectfully Submitted,

**DUDLEY RICH LLP**

By: __/s/ Carol Ann Rich__
Carol A. Rich, Esq., V.I. Bar No. 171
Malorie Winne Diaz, Esq., V.I. Bar No. R2049
5194 Dronningens Gade, Suite 3
St. Thomas, VI 00802
Telephone: (340) 774-7676
Telecopier: (340) 776-8044
crich@dudleylaw.com
mdiaz@dudleylaw.com
*Attorneys for Bank of Nova Scotia*

Renewed Opposition to Motion for Leave to File Second Amended Complaint
*Belardo, et al. v. Bank of Nova Scotia*
Case No. 2018-CV-8
Page **2** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2019, I electronically filed the foregoing **Renewed Opposition to Motion For Leave to File Second Amended Complaint** with the Clerk of the Court using CM/EFC system, which will send a notification of such (NEF) to the following:

Vincent Colianni, II
Vincent A. Colianni
1138 King Street
Christiansted, St. Croix
mailbox@colianni.com

Harry Richard Yelton, Esq.
Charles Jacob Gower, Esq.
Warren Burns
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130

*/s/Carol Ann Rich*