## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br>       Plaintiffs,<br>v.<br>BANK OF NOVA SCOTIA,<br>SCOTIABANK DE PUERTO RICO,<br>       Defendants. | 2018-CV-8<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Plaintiffs and Bank of Nova Scotia and Scotiabank De Puerto Rico agree as follows:

Bank of Nova Scotia and Scotiabank De Puerto Rico shall have until March 15, 2019, to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

                **COLIANNI & COLIANNI, LLC**
                Attorneys for Plaintiffs

DATED: February 25, 2019   By: /s/Vincent Colianni, II
                   Vincent Colianni, II
                   V.I. Bar No. 768
                   Vincent A. Colianni
                   V.I. bar No. 13
                   Marina Leonard

Case: 1:18-cv-00008-WAL-GWC Document #: 47 Filed: 02/25/19 Page 2 of 3

**Stip to Extend Time to Answer**
*Belardo et al v. Scotia*; 2018-CV-8
Page 2

                                    V.I. Bar R2058
                                    1138 King Street
                                    Christiansted, VI 00820
                                    Telephone: (340) 719-1766
                                    Facsimile: (340) 719-1770
                                    mailbox@colianni.com


**BURNS CHAREST LLP**
Attorneys for Plaintiffs


DATED: February 25, 2019        By:   /s/Korey A. Nelson
                                                Korey A. Nelson
                                                V.I. Bar No. 2012
                                                365 Canal Street, Suite 1170
                                                New Orleans, LA 70130
                                                Telephone: (504) 799-2845
                                                Facsimile: (504) 881-1765
                                                Kneslon@burnscharest.com


**THE PATE LAW FIRM**
Attorneys for Plaintiffs


DATED: February 25, 2019        By:   /s/J. Russell B. Pate
                                                J. Russell B. Pate
                                                V.I. Bar No. 1124
                                                P.O. Box 890
                                                St. Thomas, VI 00804
                                                Telephone: (340) 777-728
                                                Facsimile: (888) 889-1132
                                                jrbpage@yahoo.com

Case: 1:18-cv-00008-WAL-GWC Document #: 47 Filed: 02/25/19 Page 3 of 3

Stip to Extend Time to Answer
*Belardo et al v. Scotia*; 2018-CV-8
Page 3

 

                          **DUDLEY RICH LLP**
                          Attorneys for Defendants

DATED: February 25, 2019       By:   /s/Carol A. Rich
                                                Carol A. Rich, Esq.
                                                Malorie Winne Diaz, Esq.
                                                5194 Dronningens Gade, Suite 3
                                                St. Thomas, VI 00802
                                                crich@dudleylaw.com
                                                mdiaz@dudleylaw.com