DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BANK OF NOVA SCOTIA,<br><br>        Defendant.<br>_____ | 1:18-cv-00008 |

TO:    Vincent Colianni, II, Esq.
         Marina Leonard, Esq.
         Korey A. Nelson, Esq.
         Warren T. Burns, Esq.
         Charles Jacob Gower, Esq.
         Harry Richard Yelton, Esq.
         Carol Ann Rich, Esq.

**ORDER**

THIS MATTER is before the Court upon Plaintiffs' Motion to Set Rule 16(b) Scheduling Conference (ECF No. 38).  Defendant filed an opposition to the said motion.  The time for filing a reply has expired.

As Defendant observes in its response, a "Rule 16 Order is normally appropriate once all parties are before the Court and the initial pleadings have been closed.  Neither has

*Belardo v. Bank of Nova Scotia*
1:18-cv-00008
Order
Page 2

yet happened int his case." Defendant's Response to Plaintiffs' Motion for a Rule 16 Scheduling Order (ECF No. 39) at 1. The Court agrees with Defendant that an initial scheduling conference in the above-captioned matter is premature at this juncture. Consequently, the Court will deny the motion.

    Accordingly, it is now hereby **ORDERED** that Plaintiffs' Motion to Set Rule 16(b) Scheduling Conference (ECF No. 38) is **DENIED**.

                                          ENTER:

Dated: March 5, 2019                                 /s/ George W. Cannon, Jr.
                                                                GEORGE W. CANNON, JR.
                                                                MAGISTRATE JUDGE