## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BANK OF NOVA SCOTIA, SCOTIABANK DE PUERTO RICO, INC.<br>　　　　　　　　　　　　　Defendants. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

COMES NOW, the Defendants Bank of Nova Scotia and Scotiabank de Puerto Rico, Inc., by and through counsel, and move this Court to dismiss Plaintiffs' Seconded Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. This Court has subject-matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, which is based solely on Plaintiffs' claim under The Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605(m). Plaintiffs' fail assert any factual allegations to support the outrageous conclusion that Defendants charged insurance premiums to its customers while engaging in an elaborate scheme to conceal the inexplicable failure to procure FPI coverage. Indeed, this conclusion illogical and implausible and must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). Because Plaintiffs' RESPA claim cannot survive this motion to dismiss, and it is the only basis upon which this Court may exercise its jurisdiction, then this Court must dismiss the case in its entirety.

*Belardo, et al. v. Bank of Nova Scotia*, Case No. 2018-CV-8
Motion to Dismiss Second Amended Complaint
Page 2 of 3

All of Plaintiffs' non- federal claims are based upon the same flawed allegations. Because all of the claims arise out of the same incorrect and unsupported conclusion, they all fail for failure to state a claim upon which relief may be granted and should be dismissed. This being Plaintiffs' fifth attempt to state a plausible claim[1], further amendment is clearly futile and dismissal should be with prejudice.

This Motion is supported by a Memorandum of Law, filed simultaneously herewith. A Proposed Order is also attached for the Court's consideration.

DATED: March 15, 2019                    Respectfully Submitted,

**DUDLEY RICH LLP**

By: ___/s/ Carol  Ann  Rich___
Carol A. Rich, Esq., V.I. Bar No. 171
Malorie Winne Diaz, V.I. Bar No. R2049
5194 Dronningens Gade, Suite 3
St. Thomas, VI 00802
Telephone: (340) 774-7676
Telecopier: (340) 776-8044
crich@dudleylaw.com
mdiaz@dudleylaw.com

*Attorneys for Defendants Bank of Nova Scotia and Scotiabank de Puerto Rico, Inc.*

---

[1] Plaintiffs' first complaint was filed on February 14, 2018, as Case No. 18-cv-00004. Plaintiffs filed a first amended complaint, on March 14, 2018, but then voluntarily dismissed the action on March 20, 2018, so that they would not need leave of court to amend again. Plaintiffs re-filed the same claims as the initial complaint in this case on March 20, 2018. [ECF 1.] When Scotiabank filed a motion to dismiss [ECF 3], instead of addressing the merits, Plaintiffs filed a First Amended Complaint (the *fourth* iteration). [ECF 5.] Scotiabank renewed its motion to dismiss. [ECF 9.] On December 28, 2018, Plaintiffs filed a motion for leave to file the SAC [ECF 28, 29], which Scotiabank opposed. [ECF 36.] The Court allowed the SAC, rendering the renewed motion to dismiss moot. [ECF 44, 51.]

*Belardo, et al. v. Bank of Nova Scotia*, Case No. 2018-CV-8
Motion to Dismiss Second Amended Complaint
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2019, I electronically filed the foregoing **MOTION TO DISMISS SECOND AMENDED COMPLAINT** with the Clerk of the Court using CM/EFC system, which will send a notification of such (NEF) to the following:

Vincent Colianni, II
Vincent A. Colianni
1138 King Street
Christiansted, St. Croix
mailbox@colianni.com

Harry Richard Yelton, Esq.
Charles Jacob Gower, Esq.
Warren Burns
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130

                                                            */s/Carol Ann Rich*