## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BANK OF NOVA SCOTIA, SCOTIABANK DE PUERTO RICO, INC.<br>　　　　　　　　　　　Defendants. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

COME NOW Defendants Bank of Nova Scotia and ScotiaBank De Puerto Rico, Inc. ("Defendants"), by and through their undersigned counsel, and hereby move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time until Monday, April 22, 2019, to file its Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint [Dkt No. 55]. Defendants counsel have consulted with Plaintiffs' counsel and is authorized to represent that Plaintiffs have agreed to the requested extension. This request is made before the deadline to reply to the opposition expires and is not made for the purpose of delay and no party will be prejudiced by this extension.

WHEREFORE, Defendants respectfully request that the Court grant this motion to extend the deadline by which Defendants must reply to Plaintiffs' opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint to Monday April 22, 2019. A proposed order is attached for the Court's consideration.

**Agreed Motion For Extension of Time**
*Belardo et al. v. Bank of Nova Scotia, et al.*
**Case No, 2018-CV-08**
**Page 2**

Dated: April 10, 2019                             DUDLEY RICH LLP


                                                  BY: /s/*Carol Ann Rich*
                                                  Carol A. Rich, Esq.
                                                  V.I. Bar No. 171
                                                  5194 Dronningens Gade, Ste. 3
                                                  St. Thomas, V.I.  00802
                                                  Email: crich@dudleylaw.com

                                                  *Attorneys for Defendants*

**Agreed Motion For Extension of Time**
*Belardo et al. v. Bank of Nova Scotia, et al.*
Case No, 2018-CV-08
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2019, I electronically filed the foregoing **Agreed Motion for Extension of Time** with the Clerk of the Court using CM/EFC system, which will send a notification of such (NEF) to the following:

| | |
|---|---|
| Vincent Colianni, II | Korey A. Nelson, Esq. |
| Vincent A. Colianni | Harry Richard Yelton, Esq. |
| 1138 King Street | Charles Jacob Gower, Esq. |
| Christiansted, St. Croix | Warren Burns, Esq. |
| mailbox@colianni.com | Burns Charest LLP |
| | 365 Canal Street, Suite 1170 |
| | New Orleans, LA 70130 |
| | knelson@burnscharest.com |

/s/Carol Ann Rich