# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF NOVA SCOTIA, SCOTIABANK DE PUERTO RICO, INC.<br>　　　　　　　　　　　　　　Defendants. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

COMES NOW, the Defendants Bank of Nova Scotia and Scotiabank de Puerto Rico, Inc., by and through counsel, and file the attached Memorandum Opinion entered by this Court on August 25, 2022 (Parts 1 and 2) in *Claxton v. Oriental Bank, et al.* Civ. No. 19-cv-0069 as supplemental authority in support of Defendants' Motion to Dismiss the Second Amended Complaint [ECF 53, 54] filed on April 15, 2019.

DATED: August 26, 2022　　　　　　　Respectfully Submitted,

**DUDLEY RICH LLP**

By: ___/s/ Carol Ann Rich___
Carol A. Rich, Esq., V.I. Bar No. 171
Malorie Winne Diaz, V.I. Bar No. R2049
5194 Dronningens Gade, Suite 3
St. Thomas, VI 00802
Telephone: (340) 774-7676
crich@dudleylaw.com
mdiaz@dudleylaw.com

*Belardo, et al. v. Bank of Nova Scotia*, Case No. 2018-CV-8
Notice of Filing Supplemental Authority
Page **2** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26th, 2022, I electronically filed the foregoing **Notice of Filing Supplemental Authority and attached Memorandum Opinion** with the Clerk of the Court using CM/EFC system, which will send a notification of such (NEF) to the following:

Vincent Colianni, II
Vincent A. Colianni
1138 King Street
Christiansted, St. Croix
Email: mailbox@colianni.com

J. Russell B. Pate, Esq.
The Pate Law Firm
P.O. Box 370
Christiansted, VI 00821
Email: pate@sunlawvi.com

Korey A. Nelson, Esq.
Harry Richard Yelton, Esq.
Charles Jacob Gower, Esq.
Warren Burns, Esq.
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Email: knelson@burnscharest.com

                 */s/Carol Ann Rich*