# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA and ORIENTAL BANK, successor by merger to SCOTIABANK DE PUERTO RICO<br>                        Defendants. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND TRIAL MANAGEMENT ORDER

COME NOW the Defendants, The Bank of Nova Scotia ("Scotiabank"), and Oriental Bank, successor by merger to Scotiabank de Puerto Rico ("SBPR") (collectively "Defendants") by and through undersigned counsel, and hereby give notice of the withdrawal of their Opposition to Plaintiffs' Motion to Extend Deadlines (ECF 153, 154), as the parties have resolved their differences on this issue. Defendants consent to the amendment to the deadlines in the Trial Management Order as requested by the Plaintiffs in their Proposed Order (ECF 153-1).

*Belardo, et al. v. Bank of Nova Scotia*, Case No. 2018-CV-8
Notice of Withdrawal of Defendants' Opposition to Plaintiffs' Motion to Extend Deadlines in TMO
Page 2 of 2

DATED: August 5, 2025               Respectfully Submitted,

                                    **DUDLEY RICH LLP**

                                    By: ___*/s/ Carol Ann Rich*___
                                    Carol A. Rich, Esq., V.I. Bar No. 171
                                    Malorie Winne Diaz, V.I. Bar No. R2049
                                    5194 Dronningens Gade, Suite 3
                                    St. Thomas, VI 00802
                                    Telephone: (340) 774-7676
                                    crich@dudleylaw.com
                                    mdiaz@dudleylaw.com
                                    *Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2025, I filed the foregoing Defendants' Notice of Withdrawal of Opposition to Plaintiffs' Motion to Extend Deadlines using CM/EFC system, which will send a notification of such (NEF) to the following:

| | |
|---|---|
| Vincent Colianni, II | Korey A. Nelson, Esq. |
| Marina Leonard, Esq. | Harry Richard Yelton, Esq. |
| Vincent A. Colianni | Warren Burns, Esq. |
| 1138 King Street | Burns Charest LLP |
| Christiansted, St. Croix | 365 Canal Street, Suite 1170 |
| mailbox@colianni.com | New Orleans, LA 70130 |
| | knelson@burnscharest.com |

                                    ___*/s/ Carol Ann Rich*___