# IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| LORETTA S. BELARDO, ANGELA TUITT-SMITH, BERNARD A. SMITH, YVETTE ROSS-EDWARDS, AVON CANNONIER, ANASTASIA M. DOWARD, DARYL RICHARDS, EVERTON BRADSHAW, RODELIQUE WILLIAMS-BRADSHAW, PAMELA GREENIDGE and WINSTON GREENIDGE, *on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, and ORIENTAL BANK, successor by merger to SCOTIABANK DE PUERTO RICO,<br><br>    Defendants. | 1:18-CV-00008<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey S. Patterson, Esq., admitted to appear *pro hac vice,* hereby enters an appearance as additional counsel of record for Defendants.

Dated: December 17, 2025

Respectfully Submitted,

*/s/ Jeffrey S. Patterson*
Jeffrey S. Patterson (Admitted *pro hac vice*)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175
Jeffrey.patterson@klgates.com

*/s/ Kimberly L. Cole*
Kimberly L. Cole, Esq.

Dudley Rich LLP
V.I. Bar No. 499
5194 Dronningens Gade, Ste. 3
St. Thomas, V.I. 00802
340 776 7474 (phone)
340 776 8044 (fax)
kcole@dudleylaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 17, 2025, a copy of the foregoing was served via CMECF on all counsel of record.

    */s/ Jeffrey S. Patterson*

    Jeffrey S. Patterson